IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT MARK WINNER,**<br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**PROGRESSIVE ADVANCED INSURANCE COMPANY, MARGARET MARY BURKE and BRIAN HAEFLEIN,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br>**NO.  23-1273** |

## O R D E R

**AND NOW**, this 30th day of November, 2023, upon consideration of Plaintiff Robert Mark Winner's ("Plaintiff" or "Mr. Winner") Motion to Remand to State Court Pursuant to 28 U.S.C. § 1447(c) (ECF No. 6); Defendants' Progressive Advanced Insurance Company ("Progressive"), Margaret Mary Burke ("Burke") and Brian Haeflein ("Haeflein"), (collectively "Defendants") Motions to Dismiss the Complaint (ECF Nos. 3 and 4), and any responses thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Remand (ECF No. 6) is **GRANTED**;

2. Defendants' Motions to Dismiss (ECF Nos. 3 and 4) are **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **REMAND** this case to the Court of Common Pleas for Philadelphia County and mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.